# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

FILED
2020 SEP 14 PM 3: 22

Taneah Burnett
Karima Johnson
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Invitationhome
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Taneah Burnett
Street Address: PO Box 123
City and County: Altamonte Spring, Fl 32701
State and Zip Code:
Telephone Number: 407-732-2432
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Invitation Home
- Job or Title (if known):
- Street Address: 598 Northlake Blvd Suite 100
- City and County: Altamonte Spring, FL 32701
- State and Zip Code: (Seminole county)
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Denisse Santos from Invitation Home
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known): Johnathan James Invitition Home
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Greg Woodall Invititon Home
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. bangs on door 3-4 times a month since May 2020 while working doorbell, then Repeating look in windows side (left) and patio door, sometime walking in house without consent, without knock first, Perceived race, blocking Taneah and Karima access And Apply Invitation Home website and son Kashla Jannion and his wife Able access Invitation Home, Invitation repeat call us burglarye Squatter while valid lease And more

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Taneah Burnett, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual  Invitation Homes
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* Texas/Florida.

Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: knock on door Income discrimation, disability discrimation, race Perective, loud and bangs, then look in windows, sometime walk in house, and look in patio, calling us Burgarly Squatter several time since May 15, 2020, change Income request than website ask, Falsely deny rental is available since May 15, 2020 then Neighbor/Investor called Seminole sheriff on known and Tanagh while valid lease, lockpad on door allow Invitation home access my house as much as they wishes and more such as trepass

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Invade the privacy tenant with Invitation home employees, repeative trepass the property while tenant residing at 1759 Meadowgold in Winter Park Ft while existing domestic violation, emotional distress, Negligent inflication several harassment with Invitation home employee physical visit 1759 Meadowgold refuse doing rental agreement after applied, repeatitive ask for Income Information False accustion with Seminole County Sheriff And more, as Seminae on Tentant with 3rd party Greg Woodall knew who scam me on the house and refuse admit to Seminole County Sheriff, Shut off my electricity lying to tenant

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Maxium $50,000.00 because Greg Woodall knew who scam and knew the house is part of scam several time but refuse cooperative with Sheriff and Invitation and Denisse Santos is also part of this with Greg Woodall and they gave us different telephone # and most employee does not know who is Greg Woodall and Denisse Santos. also they sometime called my Nephew in law 3 prouty ask them to Intep for me rather call Sorenson relay operator.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sept 12, 2020

Signature of Plaintiff  Jamiah Butt

Printed Name of Plaintiff

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address